```
             FILED      ___ LODGED
             RECEIVED   ___ COPY

             JUN 0 8 2017

          CLERK U S DISTRICT COURT
            DISTRICT OF ARIZONA
          BY_____ DEPUTY
```

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| United States of America, | No. CR-17-0786-PHX-JAT |
|---|---|
| Plaintiff, | Mag. No. 17-06143MJ |
| v. | **WAIVER OF INDICTMENT** |
| Eugenio Reynoso-Mayoral, a.k.a.: Pedro Perez-Gonzalez, a.k.a.: Pedro Alvarez, | |
| Defendant. | |

The above-named defendant, who is accused of violating Title 8, United States Code, Section 1326(a) (Reentry of Removed Alien), being advised of the nature of the charge and of his/her rights, waives in open court prosecution by indictment and consents that the matter may proceed by information instead of by indictment.

_____
EUGENIO REYNOSO-MAYORAL
Defendant

_____
ASHLEY SCOTT
Attorney for Defendant

Date  6/8/17